Mark L. Eisenhut, Bar No. 185039
 meisenhut@calljensen.com
Samuel G. Brooks, Bar No. 272107
 sbrooks@calljensen.com
Joshua G. Simon, Bar No. 264174
 jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ÖSSUR hf and OSSUR AMERICAS, INC. | Case No.  8:17-CV1015 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| MANAMED, INC., SPARTAMED, LLC, JOHN LASSO, TREVOR THERIOT, and JOSEPH HORTON and DOES 1 to 20, Inclusive, | |
| Defendants. | |
| | Complaint Filed:   None Set |
| | Trial Date:         None Set |

CALL &
JENSEN

OSS02-01:1956428_2:6-12-17

1    Plaintiffs, Össur hf ("Össur") and Össur Americas, Inc. ("Össur Americas"), by

2    and through their undersigned attorneys, complain and allege against Defendants

3    Manamed, Inc.; Spartamed, LLC; John Lasso; Trevor Theriot; and Joseph Horton as

4    follows:

5

6                          **JURISDICTION AND VENUE**

7         1.    This Court has jurisdiction of this matter pursuant to 28 U.S.C. §§ 1331

8    and 1338 in that the action arises under an Act of Congress relating to trademarks. The

9    Court has jurisdiction of the state law claims pursuant to 28 U.S.C. § 1367.

10        2.    This Court has personal jurisdiction over Defendants Manamed and

11   Spartamed in that Defendants are California entities doing business in California and in

12   this district.

13        3.    Venue is appropriate in that Defendants reside in this judicial district,

14   Plaintiff's U.S. headquarters is located in Orange County, and a substantial part of the

15   events giving rise to the claim occurred in this judicial district.

16

17                            **THE PARTIES**

18        4.    Plaintiff, Össur hf is a publicly traded Icelandic company with its principal

19   place of business in Reykjavik, Iceland and its U.S. headquarters in Foothill Ranch,

20   California.

21        5.    Plaintiff, Össur Americas, Inc. is a California corporation with its principal

22   place of business in Foothill Ranch, California. Össur Americas is a wholly owned

23   subsidiary of Össur hf, and is authorized to use in commerce trademarks owned by

24   Össur hf.

25        6.    Defendant Manamed, Inc. is a California corporation with its principal

26   place of business in Santa Ana, California.

27

28

7. Defendant Spartamed, LLC is a California member managed limited liability company doing business in California, with members residing in Orange County, California.

8. Defendant John Lasso is an individual residing in Orange County, California.

9. Defendant Joseph Horton is an individual residing in Orange County, California.

10. Defendant Trevor Theriot is an individual residing in Orange County, California.

## ÖSSUR AND ITS TRADEMARKS

11. Össur is a leading developer, manufacturer, and distributor of orthopedic durable medical equipment. This equipment includes prosthetics and orthopedic devices, such as knee braces.

12. Össur offers a line of knee braces using variations of the trademark "Unloader," including the "Unloader One," "Unloader One Custom," "Unloader FIT," "Unloader Custom," "Unloader One Plus," and "Unloader Spirit." In recent years, Össur has also extended its "Unloader" line to other osteoarthritis (OA) products, including the "Unloader Hip" brace.

13. Össur's predecessor, Generation II Orthotics, Inc., ("Generation II") first began using the trademark, "The Unloader," in commerce in or around 1990. Generation II filed an application to register the trademark for knee braces in Class 10 (U.S. Class 44) on May 3, 1990 (Serial Number 74-055,267). The mark was thereafter registered on the Principal Register on June 2, 1992, and assigned Registration Number 1,690,007 (the "'007 Mark").

14. In March 1997, Generation II filed an application to register another "Unloader" trademark, this time for "Unloader Express" (Serial Number 75-257,062). The mark was registered on the Principal Register for knee braces in International Class

10 (U.S. Classes 26, 39, and 44) on May 26, 1998, and assigned Registration Number 2,161,047 (the "'047 Mark").

15.     Generation II renewed the '007 Registration in 2002.

16.     Össur assumed Generation II's trademarks in or around 2003, and continued to use the "Unloader" marks without interruption.

17.     In or around December 2006, Össur began using in commerce a new variation of the "Unloader" marks, namely "Unloader One." In March 2008 Össur applied to register this trademark as well (Serial Number 77-412,829). The mark was registered on the Principal Register for medical knee braces in International Class 10 (U.S. Classes 26, 39, and 44) on June 2, 2009, and assigned Registration Number 3,632,596 (the "'596 Registration").

18.     Össur renewed the '047 Registration in June 2008.

19.     In December 2009, Össur filed an application to register "Unloader" as a Standard Character Mark (Serial Number 77-903,476). The mark was registered for medical knee braces in International Class 10 (U.S. Classes 26, 39, and 44) on March 8, 2011, and assigned Registration Number 3,929,856 (the "'856 Registration").

20.     On June 30, 2014, Össur submitted an application to register two standard character marks: "Unloader" (Serial Number 86-324,426) and "Unloader One" (Serial Number 86-324,470). Both marks were registered on the Principal Register for orthopedic braces in International Class 10 (U.S. Classes 26, 39, and 44) on May 26, 2015, and assigned Registration Numbers 4,745,122 (the "'122 Registration") and 4,745,123 (the "'123 Registration"), respectively. These registrations extended to orthopedic braces other than knee braces in recognition of Össur's expansion of its "Unloader" product line.

21.     In light of its other registrations, Össur permitted the '007 registration to lapse, and that registration was cancelled May 28, 2015.

22.    Össur currently owns five live registered marks containing the term "Unloader," as set forth above and in the table below. These marks are collectively referred to as the "Unloader Marks."

| Mark | Serial Number | Registration Number | Registration Date | Priority | Product Covered |
|------|---------------|---------------------|-------------------|----------|-----------------|
| Unloader Express | 75-257,062 | 2,161,047 | May 26, 1998 | June 2, 1997 | Knee Braces |
| Unloader One | 77-412,829 | 3,632,596 | June 2, 2009 | Dec. 22, 2006 | Medical Knee Braces |
| Unloader | 77-903,476 | 3,929,856 | March 8, 2011 | Nov. 14, 1990 | Medical Knee Braces |
| Unloader | 86-324,426 | 4,745,122 | May 26, 2015 | March 29, 1991 | Orthopedic Braces |
| Unloader One | 86-324,470 | 4,745,123 | May 26, 2015 | Dec. 22, 2006 | Orthopedic Braces |

23.    Team Makena, LLC ("Team Makena") is a manager-managed limited liability company based in Orange County, California. Team Makena is an authorized distributor of Össur products, including Unloader knee braces, and is currently a wholly owned subsidiary of Össur Americas.

## DEFENDANTS' INFRINGING CONDUCT

24.    Until his termination in November 2016, John Lasso was the President of Team Makena. Lasso was also a part owner of Team Makena until May 19, 2017, when Össur Americas completed the purchase of his ownership interest.

25.    In the months leading up to his termination, Lasso took several steps to undermine Team Makena's business in contravention of his fiduciary duties. In particular, Lasso founded a competing company called Manamed with a long-time Team Makena sales representative, Trevor Theriot and a third individual named Joseph Horton. Theriot is also a founder and owner of Defendant Spartamed. Together, Lasso and Theriot began systematically siphoning Team Makena's business to these

competing companies before and after Lasso's termination as President of Team Makena.

26.    In connection with his termination, Lasso misappropriated Team Makena's trade secrets and committed various other misdeeds to the damage of Team Makena and Össur Americas. Team Makena and Össur Americas are currently engaged in litigation with Defendants Lasso and Manamed in California Superior Court to recover the damage caused by Lasso's misconduct.

27.    On February 28, 2017, the Superior Court issued a preliminary injunction prohibiting Lasso and Manamed and those acting in concert with them from soliciting Team Makena's employees, independent sales representatives, and customers.

28.    Due to their prior association with Össur, both Lasso and Theriot have long been familiar with Össur's products, including its "Unloader" line of knee braces. On information and belief, Horton was also familiar with Össur's products as a former employee of one of Össur's competitors.

29.    Manamed recently launched a knee brace product that competes directly with Össur's "Unloader" and "Unloader One" products. Manamed named its product "Offloader One."

30.    Manamed describes the "Offloader One" brace on its website, www.manamed.net/offloader.php as follows: "The offloader one is a universal unloader brace that allows for a varus or valgus unloading in one brace. Indicated for patients with knee arthritis."

31.    At the time it released the "Offloader One," Manamed, Theriot, Lasso, and Horton were fully aware of Össur's longstanding exclusive use of the Unloader Marks.

32.    Theriot, Lasso, and Horton adopted the name "Offloader One" in an effort to unfairly capitalize on the good will associated with Össur's "Unloader" and "Unloader One" products, and to cause customers and patients to associate Manamed and/or its products with Össur. In fact, Horton fulfilled a request to purchase an "Unloader One" knee brace by selling Manamed's "Offloader One" brace.

33.     On information and belief, Spartamed has distributed and sold or plans to distribute or sell Manamed's infringing products.

## FIRST CAUSE OF ACTION

### (for Infringement of Registered Trademarks, 15 U.S.C. § 1114)

34.     Defendants have, without Össur's consent, used and/or intend to use in commerce the "Offloader One" mark in connection with the sale, offering for sale, distribution, and/or advertising of Defendants' goods or services.

35.     Defendants' "Offloader One" mark is a copy or colorable imitation of the Unloader Marks.

36.     Defendants' use of the "Offloader One" mark is likely to cause confusion, or to cause mistake, or to deceive.

37.     Defendants' infringement of the Unloader Marks was willful.

## SECOND CAUSE OF ACTION

### (Federal Unfair Competition, 15 U.S..C. § 1125)

38.     Defendants' use of the "Offloader One" mark is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Össur.

39.     Defendants' use of the "Offloader One" mark is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by Össur.

40.     Defendants' unfair competition was willful.

## THIRD CAUSE OF ACTION

### (California Unfair Competition/Trademark Infringement)

41.     Össur and Össur Americas are the owners of common law trademark rights to the "Unloader" Marks under California law.

42. Defendants' conduct, as alleged in the foregoing paragraphs, is in violation of California common law and statutory law prohibiting such unfair competition.

43. Defendants' wrongful conduct was conducted with oppression, fraud, malice, and in conscious disregard of Plaintiffs' rights.

## PRAYER FOR RELIEF

Plaintiffs prays for judgment against Defendants as follows:

1. That Defendants and each of them be permanently enjoined from using the marks "Offloader" or "Offloader One" in commerce;

2. That Defendants be ordered to disgorge their profits;

3. That Plaintiffs be awarded up to three times the amount of their actual damages;

4. That Plaintiffs be awarded their costs incurred in this action;

5. That Plaintiffs be awarded punitive damages;

6. That Plaintiffs be awarded reasonable attorney fees;

7. For such other relief as the Court deems just and proper.


Dated: June 12, 2017                    CALL & JENSEN
                                        A Professional Corporation
                                        Mark L. Eisenhut
                                        Samuel G. Brooks
                                        Joshua G. Simon


                                        By: _/s/Samuel G. Brooks_____
                                             Samuel G. Brooks

                                        Attorneys for Plaintiffs

1

## **DEMAND FOR JURY TRIAL**

2

Plaintiffs hereby demand a jury trial with respect to all matters that may be tried

3

by jury.

4

5

Dated:  June 12, 2017

CALL & JENSEN

6

A Professional Corporation
Mark L. Eisenhut
Samuel G. Brooks

7

Joshua G. Simon

8

9

By:   */s/Samuel G. Brooks*

10

Samuel G. Brooks

11

Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT