UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   8:17–cv–01015–JVS–DFM            Date    7/24/2017

Title    OSSUR HF ET AL V. MANAMED INC. ET AL

Present:   The Honorable   James V. Selna  , U. S. District Judge

   Karla Tunis                                Sharon Seffens
   Deputy Clerk                          Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
        Mark Eisenhut                                  Brian Kinder
        Samuel Brooks

**Proceedings:**    **Plaintiff's Motion for Preliminary Injunction re: Infringement of Trademark**

    Cause called and counsel make their appearances. The Courts tentative ruling is issued. Counsel make their arguments. The Court takes the above referenced motion under submission.

 :20

Initials of Preparer:  kt