# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ÖSSUR hf, OSSUR AMERICAS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MANAMED, INC., SPARTAMED, LLC, JOHN LASSO, JOSEPH HORTON and TREVOR THERIOT,<br><br>Defendants. | Case No. SACV 17-01015-JVS-DFM<br><br>**PRELIMINARY INJUNCTION** |

Complaint Filed: June 12, 2017
Trial Date: None Set



OSS02-01:Ossur hf v Manamed - Pltf Mtn for Prelim Inj 7-24-17.docx:8-10-17

Having considered Plaintiffs' motion for a preliminary injunction, and the evidence and arguments in support and opposition thereto, the Court finds that Plaintiffs are likely to prevail on the merits of their claim that Defendants are infringing their trademarks. The Court further finds that Plaintiffs are likely to suffer irreparable harm if the Defendants' conduct is not restrained while this action is pending. Moreover, because it appears Defendants' conduct is likely to cause confusion among consumers, the public interest favors an injunction against Defendants' conduct, and the balance of equities also tips in favor of issuing the preliminary injunction. Therefore, the Court orders Defendants Manamed, Inc., Spartamed, LLC, John Lasso, Joseph Horton, and Trevor Theriot ("Defendants") to observe the following restrictions on their conduct while this case is pending:

1. Defendants shall immediately cease and desist offering for sale any products under the trademark "Offloader One."
2. Defendants shall not use the "Offloader One" trademark in commerce in any way.
3. Defendants shall promptly remove from the website, www.manamed.net any references to the "Offloader One."
4.

Plaintiffs shall post a bond in the amount of $10,000.

IT IS SO ORDERED.

Dated: August 10, 2017    By: /s/ James V. Selna
                         HON. JAMES V. SELNA
                         UNITED STATES DISTRICT JUDGE