Mark L. Eisenhut, Bar No. 185039
  meisenhut@calljensen.com
Samuel G. Brooks, Bar No. 272107
  sbrooks@calljensen.com
Joshua G. Simon, Bar No. 264174
  jsimon@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ÖSSUR hf, OSSUR AMERICAS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MANAMED, INC., SPARTAMED, LLC, JOHN LASSO, JOSEPH HORTON and TREVOR THERIOT,<br><br>Defendants. | Case No.  17-cv-01015-JVS-DFM<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br><br><br>Complaint Filed:  June 12, 2017<br>Trial Date:           None Set |

Plaintiffs Ossur hf and Ossur Americas, Inc. ("Plaintiffs") and Defendants Manamed, Inc., Spartamed, Inc., John Lasso, Trevor Theriot, and Joseph Horton ("Defendants"), by and through their attorneys of record consent to entry of judgment as follows:

1. Defendants are permanently enjoined from using in commerce the terms "Unloader" or "Offloader" in connection with any knee brace.

2. Defendants and each of them are permanently enjoined from offering for sale any products under the trademark "Offloader One."

3. Defendants shall not use the "Offloader One" trademark in commerce in any way.

4. The bond posted by Plaintiffs is discharged.

IT IS SO ORDERED:

Date: March 15, 2018     By: _____
                             HON. JAMES V. SELNA
                             UNITED STATES DISTRICT JUDGE